AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF MISSOURI

FILED
DEC - 4 2015
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

United States of America )
v. )
) Case No.   4:15 MJ 7345 SPM
KYLE MAURICE PARKS )
)
)
)

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of ___July 30, 2015___ in the county of ___St. Charles___ in the
___Eastern___ District of ___Missouri___, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 2423(a) | Did knowingly transport an individual who had not attained the age of 18 years in interstate commerce with intent for individual to engage in prostitution. |

This criminal complaint is based on these facts:
SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

*Complainant's signature*

S/A Nikki M. Badolato, Federal Bureau of Investigations

*Printed name and title*

Sworn to before me and signed in my presence.

Date:   12/04/2015

*Judge's signature*

City and state:   St. Louis, Missouri          Honorable Shirley Padmore Mensah, U.S. Magistrate Judge

*Printed name and title*