UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DISTRICT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| KYLE MAURICE PARKS, | ) | No. S1 4:15 CR 553 JAR |
| a/k/a "REECE", | ) | |
| a/k/a "DAD", | ) | |
| a/k/a "DADDY," | ) | |
| | ) | |
| Defendant. | ) | |

## GOVERNMENT'S SUMMARY OF EXPECTED EXPERT TESTIMONY

COMES NOW the United States of America, by and through its attorneys Richard G. Callahan, United States Attorney for the Eastern District of Missouri, and Howard J. Marcus, Assistant United States Attorney for said District, and pursuant to Fed. R. Crim. P. 16(a)(1)(G) hereby provides the following information concerning the intended Government expert witnesses for trial:

1. The Government expects to present the testimony of Forensic Technician Christine Koenig. Ms. Koenig is employed as a Forensic Technician with the St. Louis County Police Department.  Her testimony will include: (1) her background and experience; (2) an explanation of how internet enabled smart phones work and how they can receive, send and store data, images, texts and other forms of digital communications; (3) how she conducts forensic examinations of these devices and how she recovers and retrieves data, images, texts and other forms of digital communications; and (4) How she forensically examined  internet enabled phones recovered in this case and how she was able to retrieve, recover, and extract pertinent data, images, texts and other digital communications from these phones.

2

The Government has attached to this Summary, as Exhibit 1, a copy of the Curriculum Vitae of Christine Koenig.

This Disclosure of Expert Witnesses also serves as the Government's renewed request for notice of expert testimony by the Defendant, pursuant to Federal Rule of Criminal Procedure 16. Specifically, the Government requests that the Defendant disclose to the Government a written summary of testimony that the Defendant intends to present at trial pursuant to Federal Rules of Evidence 702, 703 and 705.

    Respectfully submitted,

    RICHARD G. CALLAHAN
    United States Attorney

    *s/Howard J. Marcus*
    HOWARD J. MARCUS, 29756MO
    Assistant United States Attorney
    111 S. Tenth Street, 20th Floor
    St. Louis, Missouri 63102
    (314) 539-2200

CERTIFICATE OF SERVICE

I hereby certify that on December 29, 2016, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon all counsel of record.

    *s/Howard J. Marcus*
    HOWARD J. MARCUS, 29756MO
    Assistant United States Attorney