UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF MISSOURI

Courtroom Minute Sheet – Criminal Case before Judge John A. Ross

**Date** 1/5/2017          **Case No.** 4:15-cr-00553-JAR

**United States of America**     v.   Kyle Maurice Parks

Court Reporter   Lisa Paczkowski      Deputy Clerk   Chelsea Olliges

Assistant U.S. Attorney    Jennifer Winfield and Howard Marcus

Attorney(s) for Defendant(s)   Joseph Hogan

☐ Court Appoints                                               ☐ Sealed Proceeding

**Proceedings:**

☐ Final Supervised Release Revocation       ☒ Pretrial Conference              ☐ Oral Motion
☐ Final Probation Revocation Hearing         ☐ In Chambers Conference         ☐ Status Conference
☐ Motion Hearing                                     ☐ Informal Matter                    ☐ Compliance Hearing
☐ Oral Argument                                      ☐ Settlement Conference

Motions ruled as stated on the record.

☒ Remanded to Custody          ☐ Released

Proceedings:  1:36 pm - 2:46 pm